*M. C. Edwards,* contra.

---

### 6741.   SINGLETON v. CITY OF QUITMAN.

BROYLES, J.   1. Proof that the accused made one illegal sale of whisky is sufficient to authorize the conclusion that the whisky sold was kept for the purpose of illegal sale. *Reese* v. *City of Newnan,* 120 *Ga.* 198 (47 S. E. 560); *Sawyer* v. *Blakely,* 2 *Ga. App.* 159 (58 S. E. 399); *Cooper* v. *City of Fort Valley,* 13 *Ga. App.* 169 (78 S. E. 1097); *Coggins* v. *City of Griffin,* 5 *Ga. App.* 1 (62 S. E. 659).

2. The evidence demanded the judgment of the mayor, and the judge of the superior court did not err in refusing to sanction the writ of certiorari.                                      *Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Petition for certiorari; from Brooks superior court—Judge Thomas.   May 28, 1915.

*J. D. Wade,* for plaintiff in error.   *M. Baum,* contra.

---

### 6746.   COMBS v. MAYOR AND COUNCIL OF CARROLLTON.

WADE, J.   There was no substantial error of law, and the judgment of the mayor finding the defendant guilty was supported by some direct evidence, and has been approved by the judge of the superior court. The reasonableness or unreasonableness of the testimony against the accused, and its sufficiency to establish his guilt beyond a reasonable doubt, and the credibility of the city's witness whose impeachment had been attempted, were questions for determination by the municipal officer who heard the evidence.                           *Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Certiorari; from Carroll superior court—Judge Beall.   June 9, 1915.

*S. C. Boykin,* for plaintiff in error.

*H. C. Strickland,* contra.